UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re: : Case no.: __13-25715-GMB__
Karen Lyman :
 : Chapter: __13__
 :
 : Judge: __Burns__
 Debtor(s) :
_____:

# AMENDMENT TO SCHEDULE D, E, F, G, H
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ❏ Schedule D - Creditors holding secured claims  **($30.00 fee required*)**
- ❏ Schedule E - Creditors holding unsecured priority claims  **($30.00 fee required*)**
- ✔ Schedule F - Creditors holding unsecured claims  **($30.00 fee required*)**
- ❏ Schedule G – Executory Contracts and Unexpired Leases
- ❏ Schedule H - Codebtors
- ❏ List of Creditors (Matrix)  **($30.00 fee required*)**

**IMPORTANT –** In order to receive official notices, parties added to Schedule G or H and not previously included in Schedules D, E, F or the List of Creditors, must be added to the List of Creditors.

The List or Schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

Creditor Added:

Peerless Insurance
62 Maple Avenue
Keen, NH 03431

Amount: $10,000.00

Basis: Insurance Claim

I certify under penalty of perjury that the above information is correct.

Dated: 10/25/2013   Debtor's signature: /s/ Karen M. Lyman

Dated: _____   Debtor's signature: _____

* Schedules D, E, F and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

*rev.12/1/12*