# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE DIVISION

In re:

    KAREN LYMAN

          Debtor(s)

Case No. 13-25715-GMB

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Isabel C. Balboa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2013.

2) The plan was confirmed on 09/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/22/2015.

5) The case was Converted on 02/26/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $477.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $14,815.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$14,815.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $962.80 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,462.80** |

Attorney fees paid and disclosed by debtor:    $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Unsecured | 2,457.00 | 2,430.51 | 2,430.51 | 0.00 | 0.00 |
| AMITY ASSOCIATES | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | 412.00 | 916.00 | 916.00 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | 819.20 | 819.20 | 819.20 | 0.00 | 0.00 |
| ASSET ACCEPTANCE, LLC | Unsecured | 539.00 | 904.18 | 904.18 | 0.00 | 0.00 |
| AUDUBON SAVINGS BANK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY CHILD SUPPORT | Priority | 44,514.72 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Secured | 133.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL INSURANCE CO. | Unsecured | 6,155.00 | 7,793.74 | 7,793.74 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORPORATIO | Unsecured | 1,707.00 | 1,706.95 | 1,706.95 | 0.00 | 0.00 |
| DUTCHESS CONSULTANTS LTD. | Unsecured | 3,138.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIANS ASSOCIA | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 2,474.00 | NA | NA | 0.00 | 0.00 |
| EXERSIZE WOMAN | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| GARDEN STATE OBGYN ASSOC. | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| HADDON ORAL SURGERY | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| HERSIG REALTY CO | Unsecured | 1,477.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| INFINITE ENDODONTICS | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 363.54 | 363.54 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 1,694.21 | 1,694.21 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 802.84 | 802.84 | 0.00 | 0.00 |
| KENNEDY MEMORIAL HOSPIT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| KIMBERLY SARGENT | Priority | NA | NA | NA | 0.00 | 0.00 |
| LACKLAND SELF STORAGE | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| LOURDES HEALTH SYSTEM | Unsecured | 957.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERCANTILE ADJUSTMENT BUREAU | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 867.00 | NA | NA | 0.00 | 0.00 |
| NCO PUBLIC SERVICE | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| NETFLIX | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| NJFSPC | Priority | NA | 46,407.27 | 46,407.27 | 11,352.20 | 0.00 |
| OPTIMUM CABLEVISION | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| PALISADES ACQUISITION IX, LLC | Unsecured | NA | 65.95 | 65.95 | 0.00 | 0.00 |
| PAUL ADLER, DDS | Unsecured | 179.25 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| PRESIDENTIAL COURT APARTMENT | Unsecured | 4,065.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN BANK | Unsecured | 1,028.00 | NA | NA | 0.00 | 0.00 |
| Providian Financial | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| PSE&G | Unsecured | 745.00 | 470.78 | 470.78 | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| SOMERSET MEDICAL CENTER | Unsecured | NA | 75.00 | 75.00 | 0.00 | 0.00 |
| STATE OF NEW JERSEY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| STATE OF NEW JERSEY | Unsecured | 1,093.00 | 1,093.29 | 1,093.29 | 0.00 | 0.00 |
| VERIZON | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| VICTORIA'S SECRET | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $46,407.27 | $11,352.20 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$46,407.27** | **$11,352.20** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$19,136.19** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,462.80 |
| Disbursements to Creditors | $11,352.20 |
| **TOTAL DISBURSEMENTS** : | **$14,815.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/04/2015                    By: /s/ Isabel C. Balboa
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.